An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUDY M. BARRAZA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66429

**FILED**

SEP 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a purported order denying a post-conviction petition for a writ of habeas corpus. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on September 2, 2014. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31701

cc: Hon. Kimberly A. Wanker, District Judge
Rudy M. Barraza
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk